UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80755-CIV-ZLOCH

ERIC ROGERS,

      Plaintiff,             **FINAL ORDER OF DISMISSAL**

vs.

M V CHECO ENTERPRISES, LLC,
et al.,

      Defendants.

_____/

THIS MATTER is before the Court upon the Unopposed Motion To Approve Consent Decree And To Dismiss Defendants With Prejudice (DE 10) filed herein by all Parties. The Court has carefully reviewed said Motion, the Parties' Consent Decree (DE 10-1), the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion To Approve Consent Decree And To Dismiss Defendants With Prejudice (DE 10) filed herein by all Parties be and the same is hereby **GRANTED**;

2. The Parties' Consent Decree (DE 10-1) be and the same is hereby approved, adopted, and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. To the extent not otherwise disposed of herein, all pending

Motions are hereby **DENIED** as moot; and

    5. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the Settlement pursuant to the Parties' Consent Decree (DE 10-1).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____30th____ day of June, 2016.

_____

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record